**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FAUSTA AVILES ESPINOZA, individually and on
behalf of others similarly situated,

                    *Plaintiff,*

    - vs -

965 AMSTERDAM LAUNDROMAT INC. (D/B/A
965 LAUNDROMAT), FENG ZHENG, WEN YI LIN,
AND CHI CHING LAU,

                    *Defendants.*
-----------------------------------------------------------------X

**JUDGMENT**
25-cv-04548

**JUDGMENT**

On December 19, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Fausta Aviles Espinoza, has judgment against 965 Amsterdam Laundromat Inc. (D/B/A 965 Laundromat), Feng Zheng, Wen Yi Lin, and Chi Ching Lau, jointly and severally, in the amount of Thirty-Nine Thousand Dollars and Zero Cents ($39,000.00), which is inclusive of attorneys' fees and costs.

Dated:  December 23, 2025
        New York, New York

_____
      HON. EDGARDO RAMOS
      U.S. DISTRICT JUDGE